# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROTEX GLOBAL, LLC,** | : | CIVIL ACTION NO. 1:17-CV-2118 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **GERARD DANIEL WORLDWIDE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of November, 2017, following the status conference with counsel of record in the above-captioned matter on today's date, it is hereby ORDERED that:

1. The case management order (Doc. 16) is VACATED.

2. As a result of the court's preferences expressed during the status conference, and in consideration of plaintiff Rotex Global, LLC's ("Rotex") motion (Doc. 43) for claims construction:

   a. Rotex shall file a supplemental brief on the issue of claims construction on or before **Tuesday, January 2, 2018**.

   b. Defendant Gerard Daniel Worldwide, Inc. ("Gerard Daniel") shall file a responsive brief on the issue of claims construction on or before **Friday, February 2, 2018**.

   c. Rotex's motion (Doc. 55) requesting a claims construction hearing is DISMISSED without prejudice. On or before **Friday, February 9, 2018**, the parties shall file a joint status report advising the court of their respective positions on the necessity of a claims construction hearing.

3. Gerard Daniel's motion (Doc. 20) for summary judgment shall be held in abeyance pending the conclusion of the proceedings outlined in paragraph 2.

4. All discovery regarding damages is SUSPENDED pending resolution of liability issues. However, the fact of this suspension shall not prevent either party from serving written discovery requests on the subject of damages. Notwithstanding the foregoing, either party may respond to discovery requests on the subject of damages.

5. The court will enter an appropriate protective order taking into consideration the concerns of all counsel. The court hereby directs that questions or concerns regarding the improper disclosure of confidential information be submitted to the court for prompt resolution. Motions concerning improper disclosure of confidential information may be filed under seal and shall be addressed by the court <u>with</u> <u>dispatch</u>.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania