# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROTEX GLOBAL, LLC,** | : | **CIVIL ACTION NO. 1:17-CV-2118** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **GERARD DANIEL WORLDWIDE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 8th day of April, 2019, upon consideration of plaintiff's motion (Doc. 43) for claims construction and the parties' respective briefs regarding the terms identified for construction (Docs. 74, 76, 79, 88, 89), and following the claims construction hearing on June 26, 2018, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The disputed language of U.S. Patent No. 8,261,915 (the "'915 Patent") shall be CONSTRUED as follows:

    a. The term "lip" means "an edge, or rim, or a projection or protrusion from a surface."

    b. The term "adjacent" means "an object is near or next to another object, but the objects do not have to be in contact with each other."

2. The court will address outstanding scheduling matters by separate order following the telephonic status conference scheduled for **10:00 a.m. on Tuesday, April 9, 2019**.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania