# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROTEX GLOBAL, LLC,** | : | CIVIL ACTION NO. 1:17-CV-2118 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **GERARD DANIEL WORLDWIDE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 9th day of April, 2019, upon consideration of court's memorandum opinion and order (Docs. 93, 94) concerning claims construction, and following the telephonic status conference regarding scheduling matters with counsel for all parties held on today's date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 20) for summary judgment is DISMISSED without prejudice.

2. The parties are directed to meet and confer with the goal of developing an appropriate schedule for further proceedings. On or before **Friday, April 19, 2019**, the parties shall submit to the court a joint proposed case management schedule, or in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania